# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

MICHAEL HACKLEY

    Defendant.

Case No. 2:15CR157

District Judge Walter H. Rice

---

## ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL

---

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon review of Defendant's Financial Affidavit, the Court finds that he is qualified for appointed counsel. IT IS ACCORDINGLY ORDERED that Deborah L. Williams, Federal Public Defender for the Southern District of Ohio, shall appoint an Assistant Federal Public Defender to represent the Defendant in this case.

Decemeber 12, 2017

                                            Walter H. Rice
                                            United States District Judge