IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:15cr157

MICHAEL HACKLEY,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND ORDERING INTERIM DISPOSITION; FINAL DISPOSITION DATE SET; RIGHT OF APPEAL EXPLAINED BY COURT AND UNDERSTOOD BY DEFENDANT; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S INTERIM DISPOSITION

---

On April 2, 2019, the Defendant, having previously been found in violation of his supervised release which began May 22, 2015, appeared in open Court for Interim Disposition.

Pursuant to the record made on the aforesaid April 2, 2019, a 90-day Interim Disposition was ordered, during which time Defendant will comply with each and every one of the ten requirements set forth in a Supervision Plan (attached), to which Defendant agreed in open Court.

Final Disposition is set, in open Court, on Tuesday, July 2, 2019, at 11:00 a.m.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same. Neither counsel for the Government nor for the Defendant

had any procedural or substantive objections to this Court's Interim Disposition.

April 24, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Chris Owens, USPO

## SUPERVISION PLAN

Michael Hackley is to abide by the following Supervision Plan.

Michael Hackley shall:
1. Contact the probation officer with any changes in employment 10 days prior to the change or within 24 hours of the change when advance notice is not possible.
2. Provide the probation officer with verification of employment on a monthly basis.
3. Comply with all rules, treatment plans, and instructions of Dr. Roush and the sex offender treatment program. This includes attendance and full participation in group sessions as well as successful polygraph examinations.
4. Not possess, use, or have under his control any device that accesses the internet. This includes but is not limited to cell phones, gaming devices, tablets, computers, laptops, and portable media devices such as iPods.
5. Immediately submit any device (as described in #4) that is internet capable to the probation officer for inspection to insure compliance with the internet prohibition.
6. Under no circumstances have contact with anyone under the age of eighteen (18). Should Mr. Hackley have contact with a minor, he should report this contact to the probation officer immediately.
7. Not possess, use, or have under his control any material that is considered sexually explicit. This includes visual images, video, text, and/or audio material.
8. Maintain compliance with state sex offender registration which includes reporting address, place of employment, and vehicle information to the Montgomery County Sheriff's Office, Sex Offender Registration and Notification (SORN) office.
9. Continue to provide the probation officer with verification of all medical appointments, treatments, and procedures.
10. Establish a stable home residence that is in compliance with the SORN office.

This Supervision Plan will remain in effect until Mr. Hackley is released from supervised release or until modified by his supervising probation officer.

I have read the above Supervision Plan and I agree to abide by its terms.

_Michael Hackley_      4-2-19
Michael Hackley, Defendant      Date

_(signature)_      4/2/2019
Chris Owens, U.S. Probation Officer      Date

_(signature)_      4-2-19
F. Arthur Mullins, Assistant Federal Public Defender      Date